DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

---

STATE v. HAWLEY

No. 142 PC.

Case below: 54 N.C. App. 293.

Petition by defendants Hawley and Cook for discretionary review under G.S. 7A-31 denied 3 March 1982.

STATE v. HOWARD

No. 80 P 82.

Case below: 56 N.C. App. --- (8120SC842).

Petition by defendants for discretionary review under G.S. 7A-31 denied 3 March 1982.

STATE v. LEAK

No. 40 PA 82.

Case below: 55 N.C. App. 481.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 3 March 1982.

STATE V. McLEAN & McFAYDEN

No. 17 P 82.

Case below: 54 N.C. App. 191.

Application by defendants for further review denied 3 March 1982.

STATE v. McNEIL

No. 180 A 81.

Case below: 55 N.C. App. 132.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 March 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 March 1982.